870 A.2d 249

IN THE MATTER OF FREDERICK W. HARDT, AN ATTORNEY
AT LAW (ATTORNEY NO. 248581968).

April 8, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–340, concluding that **FREDERICK W. HARDT** of **MOORESTOWN**, who was admitted to the bar of this State in 1968, should be reprimanded for violating *RPC* 1.7(b) (conflict of interest), and Opinions 4, 90, 452, and 466 of the Advisory Committee on Professional Ethics, and good cause appearing;

It is ORDERED that **FREDERICK W. HARDT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.